# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE BAR OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL EVERETT,<br><br>　　　　　Defendant. | Case No. 17-cv-01716-SI<br><br>**ORDER RE: REQUEST FOR ADDITIONAL TIME**<br><br>Re: Dkt. No. 47 |

The Court has received defendant Daniel Everett's request for additional time to respond to plaintiff's administrative motion to consider whether this case should be related to *State Bar of California v. David Everett*, No. 4:18-cv-05879-SBA (N.D. Cal filed on September 25, 2018). Mr. Everett requests additional time to file his response. This request is GRANTED. Mr. Everett's response must be filed on or before November 7, 2018.

IT IS SO ORDERED.

Dated: October 29, 2018

SUSAN ILLSTON
United States District Judge