UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE BAR OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL EVERETT,<br><br>    Defendant. | Case No. 17-01716<br><br>**ORDER RE REQUEST FOR ADDITIONAL TIME**<br><br>Re: Dkt. No. 54 |

In accordance with this Court's most recent grant of additional time, defendant's opposition to plaintiff's notice of related cases was due no later than November 26, 2018.[1] Dkt. No. 52. Defendant filed a motion requesting additional time on November 26, 2018. Dkt. No. 54. Plaintiff has filed a statement of non-opposition to defendant's request, but opposes any additional extensions. Dkt. No. 55. Court hereby GRANTS defendant's request. Defendant must file an opposition no later than December 7, 2018.

**IT IS SO ORDERED**.

Dated: November 30, 2018

SUSAN ILLSTON
United States District Judge

---

[1] The Court notes it has granted defendant an additional forty-eight calendar days from October 9, 2018 to submit an opposition. Dkt. Nos. 48, 52.