UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE BAR OF CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL EVERETT,<br><br>    Defendant. | Case No. 17-01716<br><br>**ORDER GRANTING MOTION TO RELATE CASES**<br><br>Re: Dkt. No. 46 |

On October 5, 2018, plaintiff the State Bar of California filed a Motion to Consider Whether Cases Are Related, seeking to relate 18-CV-05879-SBA to the above-captioned case. Dkt. No. 46. Defendant opposes the motion. Having reviewed the parties' papers, the Court finds that the case identified by plaintiff meets the requirements for relation under Civil Local Rule 3-12. Accordingly, plaintiff's motion to relate cases is GRANTED.

**IT IS SO ORDERED**.

Dated: December 11, 2018

_____
SUSAN ILLSTON
United States District Judge